**FILED**
December 11, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:20CR00129 |
| | | DOCKET NUMBER *(Rec. Court)*<br>**5:23-CR-00633** |

VL

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Eduardo Carrizales | DISTRICT<br><br>Illinois<br>Northern | DIVISION<br><br>Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Mary M Rowland | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>10/20/2023 | TO<br>10/19/2025 |

| OFFENSE<br><br>CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE 21:841A=CD.FMONEY LAUNDERING - EMBEZZLES PUBLIC MONEY OR PROPERTY 18:1956-4310.F |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     "Northern District of Illinois "

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WD/TX upon that Courts order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| December 11, 2023 | *Mary M Rowland* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WD/TX

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 12/13/2023 | |
|---|---|
| *Effective Date* | *United States District Judge* |

Query     Reports     Utilities     Help     What's New     Log Out

FUENTES,INTERP

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00129-1

Case title: USA v. Eduardo Carrizales et al

Date Filed: 05/06/2020

Date Terminated: 11/03/2021

---

Assigned to: Honorable Mary M. Rowland

### Defendant (1)

**Eduardo Carrizales**
*TERMINATED: 11/03/2021*

represented by **Ernest Garza**
Attorney at Law
1520 Victoria St
Laredo, TX 78040
956-462-7646
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard H Trais**
Law Office of Richard H. Trais
2501 West Lawrence
Suite H
Chicago, IL 60625
773-878-8050
Email: richardtrais@yahoo.com
*ATTORNEY TO BE NOTICED*

**SANFORD ALLEN SCHULMAN**
FEDERAL CRIMINAL ATTORNEYS OF
MICHIGAN
500 GRISWOLD STREET
SUITE 2340
DETROIT, MI 48226
(313) 963-4740
Email: saschulman@comcast.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(2)

### Disposition

The Defendant pleaded guilty to Counts
Two and Three; Count One dismissed on the
motion of the United States. The defendant
is hereby committed to the custody of the

Federal Bureau of Prisons to be imprisoned for a total term of: 36 months as to count 2; 36 months as to count 3 Terms to run concurrent.The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on February 18, 2022. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Two (2) years on Count 2 and Two (2) years on Count 3. Terms to run concurrent. Criminal Monetary Penalties. Schedule of Payments. Forfeiture Agreement.

MONEY LAUNDERING - FRAUD, OTHER
(3)

pleaded guilty to Counts Two and Three

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | |

---

**Plaintiff**

**USA**                                         represented by   **AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Andrew J. Dixon**
U.S. Attorney's Office
219 S. Dearborn
5th Floor
Chicago, IL 60604
(312) 697-4063
Email: andrew.j.dixon@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Ashley Aeri Chung**
U.S. Attorney's Office for the Northern District of
Ill
219 S. Dearborn St.
Chicago, IL 60604
3126974089
Email: ashley.chung@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2020 | 1 | COMPLAINT signed by Honorable Gabriel A. Fuentes as to Eduardo Carrizales (1) (mc, ) (Entered: 03/03/2020) |
| 03/02/2020 | 2 | MOTION by USA to seal, complaint, affidavit, and arrest warrant as to Eduardo Carrizales. (mc, ) (Entered: 03/03/2020) |
| 03/02/2020 | 3 | ORDER as to Eduardo Carrizales. Signed by the Honorable Gabriel A. Fuentes on 3/2/2020. Mailed notice (mc, ) (Entered: 03/03/2020) |
| 03/02/2020 | 4 | ORDER as to Eduardo Carrizales : Arrest warrant issued to the United States Marshal and Any Authorized Officer as to defendant Eduardo Carrizales. The Government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter Order Attached. Signed by the Honorable Gabriel A. Fuentes on 3/2/2020. Mailed notice (mc, ) (Entered: 03/03/2020) |
| 03/02/2020 | 5 | SEALED ARREST WARRANT issued to U.S. Marshal as to Eduardo Carrizales (mc, ) (Entered: 03/03/2020) |
| 03/30/2020 | 6 | ORDER as to Eduardo Carrizales Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020. Mailed notice. (docket16, ) (Entered: 03/31/2020) |

| 04/24/2020 | 7 | ORDER as to Eduardo Carrizales Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020. Mailed notice. (docket13, ) (Entered: 04/27/2020) |
|---|---|---|
| 04/29/2020 | 23 | SEALED Document. (td, ) (Entered: 06/22/2020) |
| 04/29/2020 | 24 | UNOPPOSED emergency motion for an extension of time to indict by USA as to Eduardo Carrizales (las, ) (Entered: 06/22/2020) |
| 04/29/2020 | 25 | ORDER as to Eduardo Carrizales: Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(7)(A), for an extension of time in which to return an indictment in the above-captioned cause,IT IS HEREBY ORDERED that the time within which to file an indictment against defendant be extended to and including May 29, 2020.Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated in the government's sealed attachment. Signed by the Honorable Rebecca R. Pallmeyer on 4/29/20. Mailed notice (las, ) (Entered: 06/22/2020) |
| 05/06/2020 | | CASE ASSIGNED as to Eduardo Carrizales, Isidro Moya to the Honorable Mary M. Rowland. Designated as Magistrate Judge the Honorable Fuentes. Case assignment: Random assignment. (rp, ) (Entered: 05/07/2020) |
| 05/06/2020 | 8 | MOTION by USA to unseal case as to Eduardo Carrizales, Isidro Moya (rp, ) (Entered: 05/07/2020) |
| 05/06/2020 | 9 | INDICTMENT as to Eduardo Carrizales (1) count(s) 1, 2, 3, Isidro Moya (2) count(s) 1, 2, 3 (rp, ) (Entered: 05/07/2020) |
| 05/06/2020 | 11 | DESIGNATION Sheet: FELONY (Category 2). (rp, ) (Entered: 05/07/2020) |
| 05/06/2020 | 12 | ORDER to unseal complaint as to Eduardo Carrizales. Signed by the Honorable Virginia M. Kendall on 5/6/2020. Mailed notice (rp, ) (Entered: 05/08/2020) |
| 05/06/2020 | 13 | MINUTE entry before the Honorable Virginia M. Kendall:Conditions on bond and/or detention set by Magistrate Judge to stand in this instance as to Eduardo Carrizales. To issue bench warrant. the Government will seek to have the defendant detained without bond pursuant to title 18, United States Code, Section 3142 as to Isidro Moya. Mailed notice (rp, ) (Entered: 05/08/2020) |
| 05/22/2020 | 15 | ORDER as to Eduardo Carrizales: IT IS HEREBY ORDERED that defendant Eduardo Carrizales shall appear in the Northern District of Illinois for an interview with Pretrial Services no later than June 3, 2020, and shall remain in the district at least until the time of his arraignment, which shall be conducted by videoconference, or telephone if videoconference is not reasonably available, on June 5, 2020, at 9:00 a.m. Parties shall contact Judge Feinerman's deputy for the dial-in number. Pursuant to 18 U.S.C. 3161(h)(1)(F) and (h)(7)(A)-(B), time is excluded until June 5, 2020, in the interest of justice and to allow time for defendant's travel to this district. Signed by the Honorable Gary Feinerman on 5/22/2020. Mailed notice (rp, ) (Entered: 05/22/2020) |
| 05/26/2020 | 16 | ORDER as to Eduardo Carrizales, Isidro Moya ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the |

| | | Honorable Rebecca R. Pallmeyer on 5/26/2020. Mailed notice. (docket13, ) (Entered: 05/27/2020) |
|---|---|---|
| 06/03/2020 | 17 | ORDER as to Eduardo Carrizales (1): IT IS HEREBY ORDERED that the arraignment scheduled for June 5, 2020, is reset to June 19, 2020, at 2:00 p.m. before the Designated Duty Magistrate Judge in Courtroom #1743. Defendant Eduardo Carrizales shall be physically present in the Northern District of Illinois at the time of the arraignment, which shall be conducted by videoconference, or telephone if videoconference is not reasonably available. The parties will be e-mailed and provided with instructions for the videoconference. Pursuant to 18 U.S.C. 3161(h)(1)(F) and (h)(7)(A)-(B), time is excluded until June 19, 2020, in the interest of justice and to allow time for defendant's travel to this district. Signed by the Honorable Gabriel A. Fuentes on 6/03/20. Mailed notice. (jj, ) (Entered: 06/03/2020) |
| 06/14/2020 | 18 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17106333. (SCHULMAN, SANFORD) (Entered: 06/14/2020) |
| 06/16/2020 | 19 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): Motion to appear pro hac vice by Sanford A. Schulman 18 is granted. Counsel is reminded to become familiar with this court's local rules (including the rules requiring local counsel and describing this court's trial bar). Mailed notice. (dm, ) (Entered: 06/16/2020) |
| 06/16/2020 | 20 | PRETRIAL Bail Report as to Eduardo Carrizales (SEALED) (Entered: 06/16/2020) |
| 06/17/2020 | 21 | MINUTE entry before the Honorable Maria Valdez as to Defendant Eduardo Carrizales(1): Due to a scheduling conflict, the initial appearance and arraignment hearing set for 6/19/20 at 2:00 p.m. is hereby stricken and will be reset at a later date. Mailed notice (lp, ) (Entered: 06/17/2020) |
| 06/19/2020 | 22 | ATTORNEY Appearance for defendant Eduardo Carrizales, Isidro Moya by Richard H Trais (Attachments: # 1 Supplement Appearance as Local Counsel)(Trais, Richard) (Entered: 06/19/2020) |
| 06/24/2020 | 26 | MINUTE entry before the Honorable Beth W. Jantz: Initial appearance and arraignment as to defendant Eduardo Carrizales (1) via video conference is scheduled for 06/26/2020 at 11:00 a.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 571-353-2300 and the access code is 983386600. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (rbf, ) (Entered: 06/24/2020) |
| 06/26/2020 | 27 | ORDER as to Eduardo Carrizales (1): Initial appearance in the Northern District of Illinois held on 06/26/2020. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by video conference. Official Spanish Court Interpreter present via video conference. Defendant informed of his rights. Attorney, Sanford A. Schulman appears as retained counsel for defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. The Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Arraignment proceedings held. Defendant acknowledges receipt of the Indictment; waives formal reading and enters a plea of not guilty to each count in which he is named. Rule 16.1(a) conference to be held by 07/10/2020. Status hearing before Judge Rowland set for 08/10/2020 at 10:15 a.m. In the interest of justice, time is excluded from 06/26/2020 to and including 08/10/2020 pursuant to 18 USC 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. Such delay |

| | | |
|---|---|---|
| | | outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Defendant, Eduardo Carrizales (1) shall remain on bond as he has already been processed by the United States Marshals Service in Texas. Signed by the Honorable Beth W. Jantz on 6/26/2020. Mailed notice (rp, ) (Entered: 06/29/2020) |
| 06/26/2020 | 28 | ORDER Setting Conditions of Release as to Eduardo Carrizales in amount of $ 150,000, secured by $2,000 in cash deposited with the Court; Signed by the Honorable Beth W. Jantz on 6/26/2020.Mailed notice (rp, ) Receipt #4624243721. Modified on 7/20/2020 (gcy, ). Modified on 8/10/2020 (rp, ). (Entered: 06/29/2020) |
| 06/26/2020 | 29 | APPEARANCE Bond as to Eduardo Carrizales in the amount of $ 150,000, secured by $2,000 in cash deposited with the Court; Rider attached (rp, ) Receipt number:4624243007. Modified on 7/1/2020 (rp, ). Modified on 8/10/2020 (rp, ). (Entered: 06/29/2020) |
| 07/01/2020 | 30 | FORFEITURE AGREEMENT by Eduardo Carrizales (rp, ) (Entered: 07/02/2020) |
| 07/10/2020 | 31 | ORDER as to Eduardo Carrizales, Isidro Moya Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
| 07/31/2020 | 32 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): By 8/6/20, counsel shall confer and file a status report with an update on the status of the case, production of discovery to defense counsel, whether defendant intends to file non-boilerplate pre-trial motions, and, if so, propose a reasonable schedule for same. Parties should report whether they are prepared to request a change of plea hearing, or a trial. Finally parties should indicate when they will be prepared to submit a further status report, including whether the defense objects to the exclusion of time between 8/10/20 and the next status hearing under the Speedy Trial Act. The court will strike the status on 8/10/20 and enter a scheduling order in response to the parties' report. Mailed notice. (dm, ) (Entered: 07/31/2020) |
| 08/04/2020 | 33 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): At the request of the parties, status hearing set for 8/10/20 is stricken and re-set to 8/27/20 at 10:15am. The deadline of 8/6/20 for parties to file a status report is re-set to 8/25/20. The time from 8/10/20 through 8/27/20 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. Mailed notice. (dm, ) (Entered: 08/04/2020) |
| 08/04/2020 | 34 | MINUTE entry before the Honorable Mary M. Rowlandas to Eduardo Carrizales : Petition for Modification of Conditions of Pretrial Release submitted to the Court on 8/4/20 is granted. The Defendant's Order Setting Conditions of Release is modified to include Submit to testing for a prohibited substance as directed by Pretrial Services and Participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by Pretrial Services. Mailed notice. (dm, ) (Entered: 08/04/2020) |
| 08/24/2020 | 35 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales : The status hearing on 8/27/20 at 10:15am will be held telephonically. The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Counsel of record will receive an email the day before the hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and |

| | | |
|---|---|---|
| | | rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The deadline of 8/25/20 for parties to file a status report is stricken. Mailed notice. (dm, ) (Entered: 08/24/2020) |
| 08/24/2020 | 36 | MINUTE entry before the Honorable Mary M. Rowlandas to Eduardo Carrizales (1): Defendant's request to waive his telephonic appearance on 8/27/20 is granted without objection. Mailed notice. (dm, ) (Entered: 08/24/2020) |
| 08/27/2020 | 37 | MINUTE entry before the Honorable Mary M. Rowland:as to Eduardo Carrizales (1): Telephonic status hearing held. Counsel appeared telephonically. Defendant's telephonic appearance was waived. Government tendered discovery to Defendant. Parties believe this case should be able to be resolved short of trial. Continued telephonic status set for 12/3/20 at 10:15am. Defendant's appearance is waived at the next status. Without objection, the time from 8/27/20 through 12/3/20 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation.The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Counsel of record will receive an email the day before the hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 08/27/2020) |
| 12/02/2020 | 38 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): By agreement of the parties, telephonic status hearing set for 12/3/20 is stricken and reset to 1/19/21 at 10:15am. Defendant's appearance is waived at the next status. Without objection, the time from 12/3/20 through 1/19/21 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 12/02/2020) |
| 01/15/2021 | 39 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): By agreement of the parties, telephonic status hearing set for 1/19/21 is stricken and reset to 3/16/21 at 10:15am. Defendant's appearance is waived at the next status. Without objection, the time from 1/19/20 through 3/16/21 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 01/15/2021) |
| 03/16/2021 | 40 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1):Telephonic status hearing held. Counsel appeared telephonically. Defendant's |

| | | |
|---|---|---|
| | | telephonic appearance was waived. Government tendered discovery to Defendant. Government is working on tendering a draft plea agreement to Defendant. Parties believe this case should be able to be resolved short of trial. Continued telephonic status set for 5/14/21 at 10:30am. Defendant shall be present telephonically at the next status. Without objection, the time from 3/16/21 through 5/14/21 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the reasonable time necessary for effective preparation. The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 03/16/2021) |
| 05/11/2021 | 41 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): By agreement of the parties, telephonic status hearing set for 5/14/21 is stricken and reset to 6/25/21 at 11:00am in order to finalize plea agreement. Defendant shall be present telephonically at the next status. Without objection, the time from 5/14/21 through 6/25/21 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. The call-in number is 866-434-5269 and the access code is 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, ) (Entered: 05/11/2021) |
| 05/26/2021 | 42 | MOTION by Eduardo Carrizales to modify conditions of release *to allow defendant to attend son's high school graduation* (SCHULMAN, SANFORD) (Entered: 05/26/2021) |
| 05/27/2021 | 43 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): Defendant Eduardo Carrizales' unopposed motion amending conditions of pretrial release to allow him to attend graduation ceremony 42 is granted. Defendant is permitted to attend his son's high school graduation from United High School in Laredo, Texas on May 29, 2021 from 6:00 p.m. until 11:00 p.m. Mailed notice. (dm, ) (Entered: 05/27/2021) |
| 06/25/2021 | 44 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales: Telephonic status hearing held. The Government, Defense counsel, and Defendant, and Court Certified Spanish Staff Interpreter appeared telephonically. Video change of plea is set for 7/26/21 at 11:00am. The Government shall send a proposed plea agreement to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov by 7/22/21. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Counsel of record and other essential case participants will receive an email with a link to join the video conference prior to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection time is excluded from 6/25/21 to and including 7/26/21 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice. Mailed notice. (dm, ) (Entered: 06/25/2021) |
| 07/26/2021 | 45 | ORDER as to Eduardo Carrizales: Change of plea hearing held. By agreement and consent of the parties and pursuant to the CARES Act, all parties appear by video conference. Court Certified Spanish Staff Interpreter was present. Based on a written plea agreement, |

|  |  | Defendant entered a plea of guilty to counts II and III against him. The Court finds Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows his trial rights, and is entering the plea voluntarily. There is a factual basis for the plea. The Court accepted Defendant's plea of guilty to Count II and III of the Indictment and enters a finding of guilt. Enter Plea Agreement. This case is referred to the Probation Office for preparation of the presentence report. The government shall submit its version of the offense to the Probation Office by 8/9/21. Defendant must submit his version to the Probation Office by 8/16/21. See Local Criminal Rule 32.1 (e). Pursuant to Local Criminal Rule 32.1 (f), the court gives notice to the Probation Office and directs it to disclose (with the PSR) the Probation Office's sentencing recommendation to counsel for the defendant and the government. Presentence report is due 9/21/21. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 10/15/21. Any responses must be filed by 10/22/21. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. Sentencing is set for 10/29/21 at 11:00 a.m. via video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 650-479-3207 and the call-in ID is 1801732451. Counsel of record and other essential case participants will receive an email with a link to join the video conference prior to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Signed by the Honorable Mary M. Rowland on 7/26/2021. Mailed notice (ec, ) (Entered: 07/26/2021) |
| 07/26/2021 | 46 | PLEA Agreement as to Eduardo Carrizales (ec, ) (Entered: 07/26/2021) |
| 09/21/2021 | 47 | PRESENTENCE Investigation Report as to Eduardo Carrizales (SEALED) (Attachments: # 1 Supplement plea agreement)(Dawson, Sabrina) (Entered: 09/21/2021) |
| 10/15/2021 | 49 | SENTENCING MEMORANDUM as to Eduardo Carrizales (Dixon, Andrew) (Entered: 10/15/2021) |
| 10/17/2021 | 50 | SENTENCING MEMORANDUM as to Eduardo Carrizales (Attachments: # 1 Exhibit Letters in Support of Sentencing Memorandum)(SCHULMAN, SANFORD) (Entered: 10/17/2021) |
| 10/29/2021 | 51 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): Video sentencing hearing held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by video conference. Judgment to follow. Mailed notice. (dm, ) (Entered: 10/29/2021) |
| 11/03/2021 | 52 | STATEMENT of Correction as to Eduardo Carrizales (SEALED) (Sohl, David) (Entered: 11/03/2021) |
| 11/03/2021 | 53 | JUDGMENT (Sentencing Order) as to Eduardo Carrizales (1), Count(s) 2, The Defendant pleaded guilty to Counts Two and Three; Count One dismissed on the motion of the United States. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 36 months as to count 2; 36 months as to count 3 Terms to run concurrent. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on February 18, 2022. Upon release from imprisonment, the defendant shall be on supervised release for a term of: Two (2) years on Count 2 and Two (2) years on Count 3. Terms to run concurrent. Criminal Monetary Penalties. Schedule of Payments. Forfeiture Agreement. (Terminated defendant Eduardo Carrizales). Signed by the Honorable Mary M. Rowland on 11/3/2021. |

| | | |
|---|---|---|
| | | Mailed certified copy to defendant Eduardo Carrizales' counsel of record Sanford Allen Schulman. notice (kl, ) (Entered: 11/04/2021) |
| 11/03/2021 | 54 | STATEMENT of Reasons as to Eduardo Carrizales (SEALED) Mailed certified copy to defendant Eduardo Carrizales' counsel of record Sanford Allen Schulman (kl, ) Modified on 11/4/2021 (kl, ). (Entered: 11/04/2021) |
| 11/04/2021 | | JUDGMENT and Commitment as to Eduardo Carrizales issued to U.S. Marshal via e-mail in PDF format. (kl, ) (Entered: 11/04/2021) |
| 11/04/2021 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Eduardo Carrizales (kl, ) (Entered: 11/04/2021) |
| 07/07/2022 | 55 | MOTION by USA to Exonerate Bond as to Eduardo Carrizales *Government's Unopposed Motion to Exonerate Bond* (Chung, Ashley) (Entered: 07/07/2022) |
| 07/18/2022 | 57 | MINUTE entry before the Honorable Mary M. Rowland as to Eduardo Carrizales (1): Government's unopposed motion to exonerate bond 55 is granted. Enter Order Exonerating Bond. Mailed notice. (dm, ) (Entered: 07/18/2022) |
| 07/18/2022 | 58 | ORDER EXONERATING BOND as to Eduardo Carrizales. Signed by the Honorable Mary M. Rowland on 7/18/2022. Mailed notice. (dm, ) (Entered: 07/18/2022) |

**FILED**

MAY - 6 2020

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 20 CR 129 |
| | ) | |
| v. | ) | Violations: Title 21, United States |
| | ) | Code, Section 846 & 841(a)(1), and |
| EDUARDO CARRIZALES; | ) | Title 18, United States Code, |
| and ISIDRO MOYA | ) | Section 1956(a)(1)(B)(i). |
| | ) | |
| | ) | |

**JUDGE ROWLAND**

**MAGISTRATE JUDGE FUENTES**

## COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

Beginning no later than on or about September 2, 2019, and continuing until at least on or about October 7, 2019, at Bolingbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

ISIDRO MOYA, and
EDUARDO CARRIZALES,

defendants herein, did conspire with Andres Villegas and Gustavo Avila, and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT TWO**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about October 7, 2019, at Bolingbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

ISIDRO MOYA, and
EDUARDO CARRIZALES,

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about October 7, 2019, at Bolingbrook, in the Northern District of Illinois, Eastern Division, and elsewhere,

ISIDRO MOYA, and
EDUARDO CARRIZALES,

defendants herein, did knowingly conduct a financial transaction affecting interstate and foreign commerce, namely, the transfer of approximately $150,020, which involved the proceeds of a specified unlawful activity, that is the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control, of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity;

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendants ISIDRO MOYA and EDUARDO CARRIZALES shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in this Indictment, defendants ISIDRO MOYA and EDUARDO CARRIZALES shall forfeit to the United States of America any property involved in such offense, and any property traceable to such property, as provided in Title 18, United States Code, Section 982(a)(1).

3. The property to be forfeited includes, but is not limited to the following specific property: approximately $150,020 seized by law enforcement on October 7, 2019, from a vehicle used by EDUARDO CARRIZALES.

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the

United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____

FOREPERSON


_____

UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| EDUARDO CARRIZALES | ) | Case Number: 1:20-CR-00129(1) |
| | ) | USM Number: 17188-579 |
| | ) | |
| | ) | |
| | ) | Sanford Allen Schulman |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to Counts Two and Three

☐ pleaded nolo contendere to count(s)     which was accepted by the court.

☐ was found guilty on count(s)     after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(A) Distribution of 5 Kilograms or More of Cocaine | 10/07/2019 | 2 |
| 18 U.S.C. § 1956(a)(1)(B)(i) Money Laundering | 10/07/2019 | 3 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count One dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

October 29, 2021
Date of Imposition of Judgment

*Mary M Rowland*
Signature of Judge

Mary M. Rowland, United States District Judge

Name and Title of Judge

November 3, 2021

Date

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 8

DEFENDANT: EDUARDO CARRIZALES
CASE NUMBER: 1:20-CR-00129(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
36 months as to count 2; 36 months as to count 3 Terms to run concurrent

☒ The court makes the following recommendations to the Bureau of Prisons: appropriate facility closest to defendant's residence in Laredo, Texas. The court **strongly recommends** the BOP enroll Defendant in the Residential Drug Abuse Program (RDAP) based upon the information in the Presentence Report. Defendant admits weekly use of cocaine from 2017-2020 (the onset of the pandemic) (PSR at 14).

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at        on

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒ before 2:00 pm on February 18, 2022

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case: 1:20-cr-00129 Document #: 56 Filed: 11/03/21 Page 19 of 29 PageID #:346
ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release
Judgment – Page 3 of 8

DEFENDANT: EDUARDO CARRIZALES
CASE NUMBER: 1:20-CR-00129(1)

# MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of: Two
(2) years on Count 2 and Two (2) years on Count 3. Terms to run concurrent .

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒ (1) you shall not commit another Federal, State, or local crime.

☒ (2) you shall not unlawfully possess a controlled substance.

☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b).**]

☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).

☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.

☒ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

# DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒ (1) you shall provide financial support to any dependents if you are financially able to do so.

☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).

☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:

☒ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.

☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) .

☐ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
    ☐ visit the following type of places: .
    ☐ knowingly meet or communicate with the following persons: .

☒ (7) you shall refrain from ☐ any or ☒ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

☒ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.

☒ (9) ☒ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
    ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.
    ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify: .)

Case 1:20-cr-00129-1 Document 56 Filed: 11/03/22 Page 20 of 29 PageID #:347
ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release
Judgment – Page 4 of 8

DEFENDANT: EDUARDO CARRIZALES
CASE NUMBER: 1:20-CR-00129(1)

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling _____ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period _____.

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of _____ months.

☐ (12) you shall work in community service for _____ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: _____, or refrain from residing in a specified place or area: _____.

☒ (14) you shall not knowingly leave from the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15) you shall report to the probation office in the federal judicial district to which you are released within 72 hours of your release from imprisonment. You shall thereafter report to a probation officer at reasonable times as directed by the court or a probation officer.

☒ (16) ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: ,
    ☒ at home     ☒ at work     ☒ at school     ☒ at a community service location
    ☒ other reasonable location specified by a probation officer
    ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17) you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18) you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19) (home confinement)

    ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.

    ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.

    ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.

    ☐ from the times directed by the probation officer; or ☐ from __ to __.

    ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.

    ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22) you shall satisfy such other special conditions as ordered below.

☐ (23) You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer(s) may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a

Case: 1:20-cr-00129 Document #: 50 Filed: 11/03/21 Page 21 of 29 PageID #:348
ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 5 of 8

DEFENDANT: EDUARDO CARRIZALES
CASE NUMBER: 1:20-CR-00129(1)

☐   (24)   Other: reasonable manner.

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐   (1)   if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐   (2)   you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☒   (3)   you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the probation office until gainfully employed. The total amount of community service required over your term of service shall not exceed 100 hours.

☐   (4)   you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☐   (5)   you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☐   (6)   you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☐   (7)   within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☐   (8)   you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐   (9)   you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

    ☐   You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

    ☐   The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

    ☐   You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

    ☐   You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

    ☐   You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

    ☐   You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

    ☐   This condition does not apply to your family members:      [Names]

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 6 of 8

DEFENDANT:  EDUARDO CARRIZALES
CASE NUMBER:  1:20-CR-00129(1)

☐      Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer.  Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity.  You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

☐      You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

☐      You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☐ (10)    you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

☒ (11)    you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☐ (12)    you shall pay to the Clerk of the Court $_____ as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to _____ (list both Agency and Address.)

☐ (13)    if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☐ (14)    You shall observe one Reentry Court session, as instructed by your probation officer.

☐ (15)    Other: _____

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 7 of 8

DEFENDANT: EDUARDO CARRIZALES
CASE NUMBER: 1:20-CR-00129(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the _____.

    ☐ the interest requirement for the _____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  EDUARDO CARRIZALES
CASE NUMBER:  1:20-CR-00129(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $200 due immediately.

☐  balance due not later than                     , or

☐  balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**  ☐  Payment in equal            *(e.g. weekly, monthly, quarterly)* installments of $         over a period of            *(e.g., months or years)*, to commence            *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal            *(e.g. weekly, monthly, quarterly)* installments of $         over a period of            *(e.g., months or years)*, to commence            *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within            *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate. **

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States: See attached Forfeiture Agreement.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**F I L E D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 0 1 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| EDUARDO CARRIZALES | ) |
| | ) No. 20 CR 129-1 |
| | ) Magistrate Judge Beth W. Jantz |
| | ) |

### FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on June 26, 2020 for and in consideration of bond being set by the Court for defendant EDUARDO CARRIZALES (the Adefendant@) in the amount of $150,000, being partially secured by real property, **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES, GRANTOR(S)** hereby understand, warrant and agree:

1. **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** warrant that they are the sole record owners and titleholders of the real property located at 2651 Comal Loop, Laredo, Texas 78046 described legally as follows:

CUATRO VIENTOS NORTE PHASE III, BLOCK 3, LOT 16

Tax Parcel ID #: 95333003160
(the Asubject property@)

2.　**EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** warrant that there is one outstanding mortgage against the subject property and that their equitable interest in the real property equals at least $70,000.

3.　**EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** have received a copy of the Court=s Order Setting Conditions of Release and understand its terms and conditions.

4.　**EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant=s favor.

5.　**EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** understand that modifications to the Court=s Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** waive any right to receive notice of judicial proceedings from the United States or the Court.

6.　**EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7.  **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** agree that their equitable interest up to the amount of this bond in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court=s Order Setting Conditions of Release, during the pendency of the order.

8.  **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9.  **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court=s Order Setting Conditions of Release, during the pendency of the order.

10. **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** understand and agree that, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court=s Order Setting Conditions of Release, **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** will be liable to pay the difference between the bond amount of $150,000 and their equitable interest in the subject property, and **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES** hereby agree to the entry of a default judgment against them for the amount of any such difference.

11.      **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES**
agree that they will maintain the subject property in good repair, pay all taxes and obligations
thereon when due, and will take no action which could encumber the real property or diminish
their  interest therein, including any effort to sell or otherwise convey the property without leave
of Court.

12.      **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES**
understand that if they have knowingly made or submitted or caused to be made or submitted any
false, fraudulent or misleading statement or document in connection with this Forfeiture
Agreement, or in connection with the bond set for defendant, they are subject to a felony
prosecution for making false statements and making a false declaration under penalty of perjury.

13.      **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES**
agree that the United States shall file and record a copy of this Forfeiture Agreement with the
Webb County Clerk's Office as notice of encumbrance in the amount of the bond.

14.      **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES**
hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement
in its entirety, and the information contained herein is true and correct.

15. **EDUARDO CARRIZALES AND CECILIA GUADALUPE CARRIZALES**

understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 6-24-2020        _____

**EDUARDO CARRIZALES**
**Surety/Grantor**

Date: 6-24-2020        _____

**CECILIA GUADALUPE CARRIZALES**
**Surety/Grantor**

State of Texas, County of Webb ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Eduardo Carrizales and Cecilia Guadalupe Carrizales**, personally known to me to be the same persons whose names are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and wavier of the right of homestead.

Given under my hand and official seal, this 24 day of June 2020

NOTARY PUBLIC

YVONNE CASTILLEJA
Notary Public, State of Texas
Comm. Expires 01-15-2023
Notary ID 131855697

**Prepared by and Return to:**
Bissell, US Attorney=s Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604